**Opinion issued April 18, 2019**



In The

# Court of Appeals

For The

# First District of Texas

———————————

## NO. 01-18-01038-CV

———————————

## HARRIS COUNTY APPRAISAL DISTRICT, Appellant

## V.

## KIRBY INLAND MARINE, LP, Appellee

---

**On Appeal from the 190th District Court**
**Harris County, Texas**
**Trial Court Case No. 2016-54791**

---

## MEMORANDUM OPINION

Appellant has filed a motion to dismiss this accelerated appeal. No opinion has issued. Appellee is not opposed to this motion.

Accordingly, we grant the motion and dismiss the appeal. *See* TEX. R. APP. P. 42.1(a), 43.2(f). We dismiss any pending motions as moot.

## PER CURIAM

Panel consists of Justices Lloyd, Kelly, and Hightower.